**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-00024 VAP (SPx)                              Date:  May 30, 2014

Title:   CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721 -v- COMMERCIAL WOOD PRODUCTS COMPANY
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:

None

ATTORNEYS PRESENT FOR DEFENDANTS:

None

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE (IN CHAMBERS)

   On August 9, 2012, the Court granted in part and denied in part Plaintiff Cabinet Makers, Millmen and Industrial Carpenters Local 721's ("Local 721") motion for default judgment.  (<u>See</u> Doc. No. 25.)  The Court ordered Defendant Commercial Wood Products Company to turn over the relevant payroll records to Local 721, no later than August 23, 2012.  (<u>Id.</u>)

   On November 9, 2012, the Court issued an Order to Show Cause Re: Failure to Prosecute.  (<u>See</u> Doc. No. 31.)  Local 721 filed a Response to the Order to Show Cause, stating that an arbitration was held between the parties and that the arbitrator had issued an award in favor of Local 721 for $18,000.00.  ("Response" (Doc. No. 32).)  The Response also stated that a new case had been filed in order to confirm the arbitration award in the United States District Court for the Central

EDCV 12-00024 VAP (SPx)
CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721 v. COMMERCIAL WOOD PRODUCTS COMPANY
MINUTE ORDER of May 30, 2014

District of California, case number 5:12-cv-01932-TJH-OP.[1]  Upon review of the Response, the Court vacated the Order to Show Cause and stated that it would consider dismissal of this action after Local 721's petition to confirm the arbitration award was resolved.  (See Doc. No. 33.)

On February 28, 2013, this Court entered judgment confirming the arbitration award.  (See Cabinet Makers Millmen and Industrial Carpenters Local 721 v. Commercial Wood Products Company, 5:12-cv-01932-VAP-SP, Doc. No. 17.)

Accordingly, the Court ORDERS Local 721 to show cause in writing, not later than June 6, 2014, why this action should not be dismissed for failure to prosecute.  Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.  Local 721 may discharge this Order to Show cause by filing a Notice of Dismissal by June 6, 2014.

**IT IS SO ORDERED.**

---

[1] The case was later transferred back to this Court and the case number was changed to 5:12-cv-01932-VAP-SP.